No. 320.  BRASIER *v.* JEARY ET AL.  C. A. 8th Cir. Certiorari denied.

No. 330.  ITEM COMPANY *v.* NEW ORLEANS NEWS-PAPER GUILD.  C. A. 5th Cir.  Certiorari denied.  *Eberhard P. Deutsch* for petitioner.  *George A. Dreyfous* for respondent.

No. 331.  PROUTY ET AL. *v.* CITIZENS UTILITIES Co. C. A. 2d Cir.  Certiorari denied.  *Edwin W. Lawrence* and *Arthur L. Graves* for petitioners.  *Jesse Climenko* and *Clifton G. Parker* for respondent.

No. 321.  CARTELLONE, ALIAS PRINCE, *v.* LEHMANN, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE.  C. A. 6th Cir.  Certiorari denied.  MR. JUSTICE STEWART took no part in the consideration or decision of this application.  *Henry C. Lavine* for petitioner. *Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *Felicia Dubrovsky* for respondent.

No. 334.  SCIENTIFIC LIVING, INC., *v.* FEDERAL TRADE COMMISSION.  C. A. 3d Cir.  Certiorari denied.  *Frank R. Cook* for petitioner.  *Solicitor General Rankin, Assistant Attorney General Hansen, Earl W. Kintner* and *James E. Corkey* for respondent.

No. 78, Misc.  NELSON, ADMINISTRATOR, *v.* GREENE LINE STEAMERS, INC.  C. A. 6th Cir.  Certiorari denied. *W. Scott Miller, Jr.* for petitioner.  *A. J. Deindoerfer* and *Joseph E. Stopher* for respondent.